IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILE _____

05 APR 20 PM 2: 5

ROBERT R. DI ‎‎CHIO
CLERK, U.S. DI. CT.
W.D. OF TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | CR. NO. 2:04cr20472-B |
| JOHN WAYNE GLENN, | * | |
| Defendant. | * | |

# ORDER GRANTING DEFENDANT'S MOTION TO WAIVE APPEARANCE AT REPORT

For good cause shown, defendant's request to waive his appearance at report set in this case for Monday, April 25, 2005, at 9:30 a.m. is hereby **GRANTED**. Defendant shall not be required to appear at the above report and shall remain on his present bond.

It is so **ORDERED**, this the 20th day of April 2005.

Honorable J. Daniel Breen
United States District Judge

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 4-21-05



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 31 in case 2:04-CR-20472 was distributed by fax, mail, or direct printing on April 21, 2005 to the parties listed.

---

Pamela B. Hamrin
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT