IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | CR. NO. 2:04cr20472-B |
| JOHN WAYNE GLENN, | * | |
| Defendant. | * | |

## ORDER GRANTING DEFENDANT'S MOTION TO WAIVE APPEARANCE AT REPORT

For good cause shown, defendant's request to waive his appearance at report set in this case for Tuesday, May 31, 2005, at 9:30 a.m. is hereby **GRANTED**. Defendant shall not be required to appear at the above report and shall remain on his present bond.

It is so **ORDERED**, this the 31st day of May, 2005.

Honorable J. Daniel Breen
United States District Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 6-6-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 36 in case 2:04-CR-20472 was distributed by fax, mail, or direct printing on June 10, 2005 to the parties listed.

---

Pamela B. Hamrin
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT