IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _JC_ D.C.

05 SEP 20 PM 3: 16

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | CR. NO. 2:04cr20472-B |
| JOHN WAYNE GLENN, | * | |
| Defendant. | * | |

## ORDER DIRECTING UNITED STATES MARSHAL
## TO PROVIDE TRAVEL AND SUBSISTENCE EXPENSES

Before this court is the petition of defendant John Wayne Glenn, pursuant to 18 U.S.C. § 4285, for travel and subsistence expenses to allow him to travel from Sale City, Georgia, to Memphis, Tennessee, to report to the United States District Judge on Monday, September 26, 2005, at 9:30 a.m. for report date. Defendant has been found to be indigent by this Court, and is without means to afford his transportation expenses from Sale City Georgia, to Memphis, Tennessee.

It is **ORDERED** that the United States Marshal provide to defendant John Wayne Glenn, pursuant to 18 U.S.C. §4285, transportation and subsistence expenses from Sale City, Georgia, to Memphis, Tennessee, to permit defendant to appear as referenced above.

It is so **ORDERED**, this the 20th day of September 2005.

_____
**Honorable J. Daniel Breen**
**United States District Judge**

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 9-21-05

(44)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 44 in case 2:04-CR-20472 was distributed by fax, mail, or direct printing on September 21, 2005 to the parties listed.

---

Pamela B. Hamrin
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT