IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | CR. NO. 2:04cr20472-B |
| JOHN WAYNE GLENN, | * | |
| Defendant. | * | |

### ORDER DIRECTING UNITED STATES MARSHAL
### TO PROVIDE TRAVEL AND SUBSISTENCE EXPENSES

Before this court is the petition of defendant John Wayne Glenn, pursuant to 18 U.S.C. § 4285, for travel and subsistence expenses to allow him to travel from Sale City, Georgia, to Memphis, Tennessee, to a change of plea hearing with the United States District Judge on Thursday, November 3, 2005, at 10:00. Defendant has been found to be indigent by this Court, and is without means to afford his transportation expenses from Sale City Georgia, to Memphis, Tennessee.

It is **ORDERED** that the United States Marshal provide to defendant John Wayne Glenn, pursuant to 18 U.S.C. §4285, transportation and subsistence expenses from Sale City, Georgia, to Memphis, Tennessee, to permit defendant to appear as referenced above.

It is so **ORDERED**, this the 31st day of October, 2005.

Honorable J. Daniel Breen
United States District Judge

This document entered on the docket sheet In compliance
with Rule 55 and/or 32(b) FRCrP on 11-2-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 51 in case 2:04-CR-20472 was distributed by fax, mail, or direct printing on November 2, 2005 to the parties listed.

---

Pamela B. Hamrin
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT